UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DOYLE HICKSON et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL NO: 5:09-CV-83 |
| V. § | Judge Folsom/Judge Craven |
| § | |
| UNITED STATES POSTAL SERVICE, § | |
| § | |
| Defendant. § | |

# **ORDER**

Came on to be considered Plaintiffs' and Defendant's Stipulation for Dismissal Without Prejudice and the Court having considered the stipulation, is of the opinion that the Plaintiffs' and Defendant's Stipulation for Dismissal Without Prejudice is meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiffs' and Defendant's Stipulation for Dismissal Without Prejudice is granted.

**SIGNED this 12th day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE